UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

UT Brands LLC, et al.
                        Plaintiff,

v.                                              Case No.: 1:21−cv−01088
                                              Honorable John F. Kness

Does 1−386, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 17, 2021:

      MINUTE entry before the Honorable John F. Kness: Neither side has responded to the attempts of Court staff to contact Plaintiff and Defendant Doe 211 Zyooh to arrange a briefing schedule on that Defendant's pending motion [33] to dismiss. A telephonic hearing on the motion [33] is thus set for 8/30/2021 at 09:30 AM. Plaintiff's counsel and the pro se defendant are directed to participate in the hearing. Plaintiff's counsel should be prepared to address whether it is correct that Defendant sold only $3.69 worth of infringing products and, if so, why roughly $12,000 of Defendant Doe 211 Zyooh's funds should continue to be restrained. The parties are to use the following call−in number: 888−684−8852, access code 3796759. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.