**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| UT Brands, LLC, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>Does 1-386, As Identified in Exhibit 2, )<br>)<br>Defendants. )<br>)<br>) | Case No.: 1:21-cv-01088<br><br>Judge: Hon. John F. Kness<br><br>Magistrate: Hon. Sheila M. Finnegan |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff, UT Brands, LLC, hereby notifies this Court that the Plaintiff voluntarily dismisses <u>with prejudice</u> any and all claims against the following defendants:

| Doe Number | Seller Name | Seller ID | Seller Email |
|---|---|---|---|
| 7 | Hefei Chenxiang Home Furnishings Co.,Ltd | cnfocx | alan@allcheap.cn |
| 15 | Ningbo Hooleesh International Trading Co., Ltd | hooleesh | hooleesh@hooleesh.com |
| 39 | Linhai Yuanhe Leisure Goods Co., Ltd | yuanhe | cnyuanhe |
| 54 | SPMART Store | cn1514663526rtka | ae3@szecommerce.com |
| 58 | Sports-Favor | cn1517280169pqsj | pzwgzz5@pzwgecommerce.com |
| 98 | Mothbaby Store | cn1520558431dsml | ali23@pzwgecommerce.com |
| 215 | Untering | A37NN4167O2JWK | uythgip5103@139.com |
| 224 | KAKDA-STORE | A3P73XFACG5J0O | avril264lenz46@gmail.com |
| 249 | Seals168 | 14774582 | bookdesk2012@163.com |
| 250 | Home decoration/hopestar168 | 20061425 | xm168998@163.com |
| 251 | Starhui | 20305030 | starhao@starhao.cn |
| 252 | Ferdimand | 20712883 | adtison@163.com |
| 255 | Weightscales | 20828905 | 2471689338@qq.com |
| 258 | Busiorld | 21264597 | 410263955@qq.com |

| Doe Number | Seller Name | Seller ID | Seller Email |
|---|---|---|---|
| 259 | Zeyuantrading | 21528266 | chiob2cyg@hotmail.com |
| 260 | Gralara | 21528442 | chiob2cyg@hotmail.com |
| 261 | Segolike | 21528460 | chiob2cyg@hotmail.com |
| 264 | Aigtgrr | 21558839 | cgjxs11@163.com |
| 273 | Cgjxs | 21583959 | cgjxs13@163.com |
| 287 | fernwehdeals | fernwehdeals | auction.cs77@pzwgecommerce.com |
| 288 | footful_mall | footful_mall | auction.cs105@blesiya.com |
| 293 | hobbiesgogo | hobbiesgogo | auction.csales4@perfeclan.com |
| 294 | jaipurkalakendra | jaipurkalakendra | jaipur.kalakendra@gmail.com |
| 297 | motorsmarket_sfc | motorsmarket_sfc | jyvf4gf6@hotmail.com |
| 311 | wundervollshop | wundervollshop | auction.cs50@pzwgecommerce.com |
| 367 | Baoblade | 58d8ec26d929c652c2c04b20 | fa04shionicon@hotmail.com |

Dated: September 22, 2021

Respectfully submitted,

By: /s/ Kevin Keener
Kevin Keener
ARDC # 6296898
Keener & Associates, P.C.
161 N. Clark Street, Suite #1600
Chicago, IL 60601
(312) 375-1573
Kevin.keener@keenerlegal.com